UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| TAMONIE CHAMBLISS, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) |
| Defendant. | : | (Unlawful Possession with Intent to |
| | : | Distribute Marijuana) |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) |
| | : | (Using, Carrying, and Possessing a |
| | : | Firearm in Furtherance of a Drug |
| | : | Trafficking Offense) |
| | : | 22 D.C. Code §§ 4503(a)(1) and (b)(1) |
| | : | (Unlawful Possession of a Firearm |
| | : | (Prior Crime of Violence)) |
| | : | 7 D.C. Code § 2506.01(b) |
| | : | (Possession of a Large Capacity |
| | : | Ammunition Feeding Device) |
| | : | 7 D.C. Code § 2506.01(a) |
| | : | (Possession of Unregistered Ammunition) |
| | : | |
| | : | FORFEITURE: |
| | : | 21 U.S.C. §§ 853(a) and (p); |
| | : | 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about July 26, 2023, within the District of Columbia, **TAMONIE CHAMBLISS,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

### COUNT TWO

On or about July 26, 2023, within the District of Columbia, **TAMONIE CHAMBLISS**, did unlawfully and knowingly use and carry, during and in relation to, and did possess in furtherance of, a crime of violence or drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, a firearm, that is, a Glock 30S .45 caliber handgun, bearing serial number BWER198.

**(Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

### COUNT THREE

On or about July 26, 2023, within the District of Columbia, **TAMONIE CHAMBLISS,** knowing he had previously been convicted in any court of a crime of violence punishable by imprisonment for a term exceeding one year, owned, kept, and had within his possession and control, a firearm.

**(Unlawful Possession of a Firearm (Prior Crime of Violence)**, in violation of Title 22, D.C. Code, Section 4503(a)(1) and (b)(1) (2001 ed.))

### COUNT FOUR

On or about March 7, 2023, within the District of Columbia, **TAMONIE CHAMBLISS,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

### COUNT FIVE

On or about March 7, 2023, within the District of Columbia, **TAMONIE CHAMBLISS**

did possess, sell and transfer a large capacity ammunition feeding device.

**(Possession of a Large Capacity Ammunition Feeding Device**, in violation of 7 District of Columbia Code, Section 2506.01(b))

## COUNT SIX

On or about March 7, 2023, within the District of Columbia, **TAMONIE CHAMBLISS,** did possess ammunition without being the holder of a valid registration certificate for a firearm.

**(Possession of Unregistered Ammunition**, in violation of Title 7, District of Columbia Code, Section 2506.01(a))

## FORFEITURE ALLEGATION

1.  Upon conviction of either of the offenses alleged in Counts One and Four of this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

2.  Upon conviction of the offense alleged in Counts Two, Three, Five and Six of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock 30S .45 caliber handgun bearing serial number BWER198, twelve rounds of .45 caliber ammunition, a large capacity ammunition feeding device, and twenty-one rounds of .45 caliber ammunition.

3.  If any of the property described above as being subject to forfeiture, as a result of

any act or omission of the defendant:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

    (**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a) and (p), Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

Matthew M. Graves/ccw
Attorney of the United States in
and for the District of Columbia.