AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM4:08
RECEIVED FEB 15 '24

United States of America
v.
TAMONIE CHAMBLISS

Defendant

)
)
)
)
)
)

Case: 1:24-cr-00082
Assigned To : Judge Timothy J. Kelly
Assign. Date : 2/15/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   TAMONIE CHAMBLISS

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 841(a)(1) and § 841(b)(1)(D) - Unlawful Possession with Intent to Distribute Marijuana;
18 USC § 924(c)(1)(A)(i) - Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense;
22 DCC § 4503(a)(1) and (b)(1) - Unlawful Possession of a Firearm (Prior Crime of Violence)
7 DCC § 2506.01(b) - Possession of a Large Capacity Ammunition Feeding Device;
7 DCC § 2506.01(a) - Possession of Unregistered Ammuniton
FORFEITURE: 21 USC § 853(a) and (p); 18 US. § 924(d); and 28 USC § 2461(c)

2024.02.15
11:48:44 -05'00'

Date: 02/15/2024

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

| This warrant was received on (date) 2/15/24, and the person was arrested on (date) 3/15/24 |
| at (city and state) Washington DC |

Date: 3/15/24

*Arresting officer's signature*

Michael Brennan   DUSM
*Printed name and title*